UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELTON BEAMAN,<br><br>                          Plaintiff,<br><br>-against-<br><br>SERVICES FOR THE UNDERSERVED, *et al.*,<br><br>                          Defendants. | 22-CV-10911 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEES OR IFP APPLICATION AND THE FILING OF A COMPLAINT |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff, who is appearing *pro se*, commenced this matter by filing an "Order to Show Cause," seeking to enjoin Defendants from: (1) "unlawfully requiring Plaintiff to engage in a non-SSVF Recertification and condition, in order to remain eligible for extended temporary financial assistance and/or Rental Assistance as a participant in the SSVF Program,"[1] and (2) "NOT paying all owed rent checks to the Landlord — VALSAC 908, LLC from August 2022 thru December 2022." (ECF 1.)

      To proceed with a civil action in this Court, a plaintiff must do two things. First, a plaintiff must either (1) pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee, or (2) request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, by submitting a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915. Second, a plaintiff must submit a complaint. *See* Fed. R. Civ. P. 3.

      Plaintiff did not pay the filing fees or submit a request for permission to proceed IFP, and he did not file a complaint. Within thirty days of the date of this order, Plaintiff must: (1) either pay the $402.00 in fees or submit the attached IFP application; and (2) submit a signed

---

[1] The Court understands SSVF to stand for Supportive Services for Veteran Families. https://www.va.gov/homeless/ssvf/index.html.

complaint.[2] If Plaintiff submits an IFP application and complaint, they should be labeled with docket number 22-CV-10911 (LTS). If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff's complaint shall be reviewed for substantive sufficiency, and then, if proper, the case will be reassigned to a district judge in accordance with the procedures of the Clerk's Office.

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 28, 2022
         New York, New York

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge

---

[2] A General Complaint Form is attached to this order.