UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELTON BEAMAN,

                              Plaintiff,

-against-

SERVICE FOR THE UNDERSERVED, ET AL.,

                              Defendants.

22-CV-10911 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 13, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 13, 2023
           New York, New York

                                               /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                             Chief United States District Judge